Raymond D. HURT, Plaintiff–
Appellant,

v.

Greg FLURY, PA employed at NBCI;
Dr. Ottey; Janice Director of Nursing;
Dr. Merrel, former employee Lieutenant Wilt, ARP Coordinator NBCI;

BOBBY P. Warden of NBCI; Doctor Schellhase; Kelly, Rounds NBCI, Gilmore, of NBCI; Shearin, Nurse of Defendants–Appellees.

No. 13–7620.

United States Court of Appeals, Fourth Circuit.

Submitted: March 31, 2014.

Decided: April 3, 2014.

Raymond D. Hurt, Appellant Pro Se. Gina Marie Smith, Meyers, Rodbell & Rosenbaum, PA, Riverdale, Maryland; Rex Schultz Gordon, Office of the Attorney General of Maryland, Baltimore, Maryland; Ronald McGlenn Cherry, Bonner Kiernan Trebach & Crociata LLP, Baltimore, Maryland, for Appellees.

Before MOTZ and GREGORY, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond D. Hurt appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hurt v. Flury,* No. 8:13–cv–00747–DKC, 2013 WL 5335711 (D.Md. Sept. 20, 2013). We deny his motion at appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*